# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**REGINALD DESHONE JOHNSON**                              **PLAINTIFF**
**ADC #156400**

V.                  NO. 4:24-cv-00487-JM-ERE

**ERIC HIGGINS,** *et al*.                                         **DEFENDANTS**

## RECOMMENDED DISPOSITION

**I.**     **Procedure for Filing Objections**

This Recommendation has been sent to United States District Judge James M. Moody Jr. You may file written objections to all or part of this Recommendation. Your objections must: (1) specifically explain the factual and/or legal basis for the objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the date of this Recommendation. If you do not object, you risk waiving the right to appeal questions of fact and Judge Moody can adopt this Recommendation without independently reviewing the record.

**II.**     **Background**

On June 6, 2024, *pro se* plaintiff Reginald Deshone Johnson, formerly an inmate at the Pulaski County Detention Facility, filed this civil rights lawsuit under 42 U.S.C. § 1983. *Doc. 2*.

On August 5, 2024, mail sent to Mr. Johnson from the Court was returned as undeliverable. *Doc. 7.*

On August 7, 2024, the Court ordered Mr. Johnson to notify the Court of his current address within 30 days or risk dismissal of his claims. *Doc. 8.* To date, he has not responded to the Court's August 7 Order, and the time to do so has passed.

Mr. Johnson has failed to inform the Court of his current address, as required by this Court's Initial Order (*Doc. 3*) and Local Rule 5.5(c)(2). As a result, the Court has no way to communicate with Mr. Johnson regarding his lawsuit.

### III.   Conclusion

IT IS THEREFORE RECOMMENDED THAT:

1. Mr. Johnson's complaint be DISMISSED, without prejudice, based on his failure to: (1) comply with this Court's Initial Order and Local Rule 5.5(c)(2); (2) respond to the Court's August 7 Order; (3) update his address; and (4) prosecute this lawsuit.

2. The Clerk be instructed to close this case.

DATED 10 September 2024.

_____
UNITED STATES MAGISTRATE JUDGE