IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**REGINALD DESHONE JOHNSON**　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #156400**

V.　　　　　　　　　　NO. 4:24-cv-00487-JM

**ERIC HIGGINS**, *et al*.　　　　　　　　　　　　　　**DEFENDANTS**

## ORDER

The Court has received a Recommendation for dismissal filed by Magistrate Judge Edie R. Ervin. The parties have not filed objections, and the time to do so has expired. After careful review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

*Pro se* plaintiff Reginald Deshone Johnson's complaint is DISMISSED, without prejudice, based on his failure to: (1) comply with the Court's August 7, 2024 Order; (2) submit a completed IFP form or pay the filing fee; and (3) prosecute this lawsuit. The Clerk is instructed to close this case.

IT IS SO ORDERED, this 30th day of September, 2024.

_____
UNITED STATES DISTRICT JUDGE